Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TRAE SCUNCIO, an individual;

vs

UNITED STATES POSTAL SERVICE, and DOES 1 through 10, inclusive,

FILED
08 APR -3 AM 9:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

Case No.         DEPUTY

'08 CV 0611 JLS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ROBERT HAMPARYAN (SBN 181934)
HOEY & MORGAN, LLP
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 550-1002
Facsimile: (858) 550-2043

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. PARIS

By _____, Deputy Clerk

APR 03 2008
DATE

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com