1  KAREN P. HEWITT
   United States Attorney
2  DAVID B. WALLACE
   Assistant U.S. Attorney
3  California State Bar No. 172193
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5049

6  Attorneys for Defendant
   United States of America
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 TRAE SCUNCIO,                    )   Civil No. 08cv0611-JLS(CAB)
                                    )
11             Plaintiffs,          )   NOTICE OF MOTION AND
                                    )   MOTION TO DISMISS
12      v.                          )
                                    )   Date:   September 25, 2008
13 UNITED STATES OF AMERICA,        )   Time:   1:30 p.m.
                                    )   Ctrm:   6
14             Defendant.           )
                                    )   No Oral Argument Unless Requested by Court
15 ────────────────────────────────)

16     TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

17     PLEASE  TAKE  NOTICE  that on September 25, 2008, or as soon thereafter as counsel may

18 be heard Defendant, by and through its attorneys of record, Karen P. Hewitt, United States Attorney,

19 Richard Tolles and David B. Wallace, Assistant U.S. Attorney's, will bring on its Motion to Dismiss

20 for lack of subject matter jurisdiction. This motion is based on this Notice, the memorandum of points

21 and authorities in support thereof, the Court's files and records in this action, and such other matters as

22 the court may consider.

23

24     DATED: August 5, 2008              KAREN P. HEWITT
25                                        United States Attorney

26                                        s/David B. Wallace
                                          DAVID B. WALLACE
27                                        Assistant U.S. Attorney
                                          Attorney for Defendant
28                                        United States of America